IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

_Calvari J. Chinnan_____, Plaintiff

v.

_Worthening_____,

_Perez_____,

_Flinnigan_____,

_Raeanne Will_____, Defendant(s).

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 07 2021

JEFFREY P. COLWELL
CLERK

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.

Original form provided free of Charge by CO DOC Legal Services to
Offender_____ DOC#_____
Date_____

See attached
Ashley Albury

*See attached*
*Ashley Albury*

E. Previous Lawsuits                Additional Pages (13)

Name of Defendant: Executive Director Of DOC
Docket # and court: 2020-CV-9
    Fremont County Court
Claims Raised: Due Process
Disposition: Pending

Name of Defendant: Executive Director Of DOC
Docket # and court: 19-CV-378
    Fremont County Court
Claims Raised: Due Process
Disposition: Pending

Name of Defendant: Executive Diretor of DOC
Docket # and court: 19-CV-111
    Fremont County Court
Claims Raised: Due Process
Disposition: Pending

Name of Defendants: Executive Director of DOC
Docket # and Court: Warden of Sterling Correctional Facility
Docket # and Court: 2020-CV-3
    Logan County Combined Courts
Claims Raised: Due Process
Disposition: Pending

Name of Defendant: Hampton
Docket # and Court: 20-CV-00161
    Alfred A. Arraj.J Court
Claims Raised: Cruel And Unusal Punishment
Disposition: Pending

### A.  PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Jabari J. Johnson #177601, 50 Evans Blvd., Canon City,
(Name, prisoner identification number, and complete mailing address)

CO, 81215
(Other names by which you have been known)

Indicate whether you are a prisoner or other confined person as follows: *(check one)*

___ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
_✓_ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner
___ Other: *(Please explain)* _____

### B.  DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Worthening, Sgt, 50 Evans Blvd., Canon City, CO,
(Name, job title, and complete mailing address)

81215

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _✓_ Yes ___ No *(check one).* Briefly explain:

Worthening knowingly acted under the color of law

Defendant 1 is being sued in his/her _✓_ individual and/or _✓_ official capacity.

2

Defendant 2: __Perez, C.O., 50 Evans Blvd., Canon City, CO, 81215__
(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

__Perez knowingly acted under the color of law.__

Defendant 2 is being sued in his/her __✓__ individual and/or __✓__ official capacity.

Defendant 3: __Finnigan, C.O., 50 Evans Blvd., Canon City, CO,__
(Name, job title, and complete mailing address)
__81215__

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

__Finnigan acted under the color of law__

Defendant 3 is being sued in his/her __✓__ individual and/or __✓__ official capacity.

C. **JURISDICTION**

*Indicate the federal legal basis for your claim(s): (check all that apply)*

__✓__ 42 U.S.C. § 1983 (state, county, and municipal defendants)

___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___ Other: (*please identify*) _____

3

Defendant 4: Raeanne Will, LT, 50 Evans Blvd., Canon City, CO, 81215
Defendant 4 knowingly acted under the color of law and will be sued in her individual and official capacity.

B. Defendants
4. Defendant Ashley Albury, Nurse III, 50 Evans Blvd, Canon City, Co, 81215
5. Raeanne Will, LT, 50 Evans Blvd, Canon City, Co, 81215

Defendants 4 and 5 knowingly acted under the color of law and is being sued in thier individual and official capacity

E. Previous Lawsuit                                   Additional Pages (12)
  Names of Defendants: Giles
                      Steven Bade
                      Warden Hansen
  Docket # and Court: 19-CV-00262
                      Alfred A. Arraj Court
  Claims Raised: Due Process
  Disposition: Dismissed
  Reason For Dismissal: Failure To Prosecute

  Names of Defendants: Steven Bade
                       Sgt Hartman
                       Scherbarth
                       Warden Hansen
  Docket # and Court: 18-CV-03268
                      Alfred A. Arraj Court
  Claims Raised: Due Process
  Disposition: Dismissed
  Reason For Dismissal: Failure To Prosecute

  Names of Defendants: Warden Hansen
  Docket # and Court: 18-CV-02861
                      Alfred A. Arraj Jr
  Claims Raised: Due Process
  Disposition: Dismissed
  Reason For Dismissal: Failure To Prosecute

  Name of Defendant: Executive Director of DOC
  Docket # and Court: 19-CV-350
                      Fremont County Court
  Claims Raised: Due Process
  Disposition: Dismissed
  Reason For Dismissal: Dismissed Petition For untimely filing

  Name of Defendant: Executive Director of DOC
  Docket # and Court: 19-CV-377
                      Fremont County Court
  Claims Raised: Due Process
  Disposition: Pending

  Name of Defendant: Executive Director of DOC
  Docket # and Court: 2020-CV-7
                      Fremont County Court
  Claims Raised: Due Process
  Disposition: Pending

  Name of Defendants: Executive Director of DOC
  Docket # and Court: 2020-CV-8
                      Fremont County Court
  Claims Raised: Due Process
  Disposition: Pending

Claim One: Cruel And Unusual Punishment  8th Amendment Violation
Claim Two: Deliberate Indifference  8th Amendment Violation
Claim Three: American With Disability Act  8th Amendment Violation
Claim Four: Due Process Clause  14th Amendment Violation

On 2/3/20 at approximate 9 10:10am, staff members Worthening, Perez and Finnigan arrived at the Plaintiffs door C-7-11 stating does the Plaintiff want to go to his hearing. The Plaintiff indicated Yes producing evidence to all 3 staff members of Dr Richard Hodge's message from medical stating that the Plaintiff's physical therapy was cancelled as the Plaintiff will recieve another also indicating the Plaintiff has wheelchair for cell use. The Plaintiff then produced the disciplinary hearings Officer Raeanne Wills statement in which she states, Ashley Albury stated the Plaintiff has a wheelchair accomidation. Worthening then stated Ashley Davis states you don't have a wheelchair accommodation. The Plaintiff stated Ashley Albury; Worthening stated Yes, as the Plaintiff allowed him to view the evidence from the glass panel. The Plaintiff then stated to produce more evidence, yet Worthening stated move your hand as the Plaintiff wasn't done. Worthening then stated if you want to go to your hearing you have to walk, as staff recorded the entire interaction. Defendants Worthening, Raeanne Will, Ashley Albury, Perez, and Finnigan all acted with the state of mind required to establish the 8th Amendment Violation of Cruel and unusual Punishment, Deliberate Indifference, also the American with Disability act and the Due Process Clause, as all defendants have full knowledge of Plaintiffs disability and pain caused to Plaintiffs injuries when made to scoot and crawl as ADA coordinator have in indicated on 6/30/19 that the Plaintiff has a wheelchair for daily living with no end date, yet the defendants knowingly and intentionally denied the hearing failing to report the incident to the appointing authority of the unlawful discrimination as the defendants humiliate the Plaintiff stating walk in order to attend disciplinary hearings, in which violate the 8th Amendment were as the defendants knew the risk to plaintiffs health and safety if Plaintiff is made to scoot on the floor injuring his legs, feet, and back. Yet the defendants failed to act, furthermore sanctioning the Plaintiff to sanctions of good time and restriction of privileges of Phone depriving the Plaintiff of the right to be heard and is entitled to safety adequate medical care/accommodations, causing the Plaintiff to suffer emotional/mental anguish of major depression and anxiety, causing the Plaintiff to request a sum of monetary relief in the defendants individual capacity for punitive and compensatory damages along with declatory and injunctive relief in the defendants official capacity requesting the Defendants to produce a wheelchair

E Previous Lawsuits                    Additional pages (3)
Names Of Defendants: Mertens
                     Suppess
                     Neece
                     Eibel
                     Arguello
                     Barbarra Dolley
                     Giles
                     Tonchie
                     Leon Johnson
                     Shino
                     Scott
                     Peil
                     Weaver
                     Wingert
                     Roland Jackson
                     Hartman
                     Nurse Chantel Lotman
                     Nurse Brittany
                     Nurse Haley Faulkner
                     Andriello
                     Quilin
Docket # and court: 18-CV-02863
                    Alred A. Arraj Court
Claims Raised: Cruel And Unusal Punishment
Disposition: Dismissed
Reason For Dismissal: Failure To Prosecute, Failure To Comply With Court order

Names of Defendants: Emerick
                     John Doe
                     LT Dick
                     LT Russell
                     LT Leyando
                     Jimmy Doe
                     Sgt Smart
Docket # and court: 18-CV-02863
                    Alfred A. Arraj Court
Claims Raised: Cruel And Unusal Punishment
Disposition: Dismissed
Reason For Dismissal: Failure To Prosecute, Failure To Comply with Court Order

Names of Defendants: Pacionne
                     Lewis
                     Tetrault
Docket # and court: 18-CV-02492
                    Alfred A. Arraj Court
Claims Raised: Cruel And Unusal Punishment
Disposition: Dismissed
Reason For Dismissal: Failure To Prosecute, Failure To Comply with Court Order

Names of Defendant: Border
Docket # and court: 18-CV-02262
                    Alfred A. Arraj
Claims Raised: Cruel And Unusal Punishment
Disposition: Dismissed
Reason For Dismissal: Failure To Prosecute, Failure To Comply with Court Order

E.   PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ✓ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):  ~~contraband~~ Law librarian refused

Docket number and court:  ~~contraband~~ provide 6 month account-statement and extra sheets of paper to complete section E!

Claims raised:  ~~contraband~~

Disposition: (is the case still pending? has it been dismissed?; was relief granted?)  ~~contraband~~

Reasons for dismissal, if dismissed:  ~~not attacked~~

Result on appeal, if appealed:  ~~not attacked~~


F.   ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

✓ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

✓ Yes ___ No (*check one*)

5

### G. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

| Defendants | punitive damages | compensatory damages |
|---|---|---|
| Weathening | $ 5 million | $ 7 million |
| Ashley Albury | $ 5 million | $ 7 million |
| Rae anne Will | $ 5 million | $ 7 million |
| Flanigan | $ 5 million | $ 7 million |
| Perez | $ 5 million | $ 7 million |

Injunctive Relief: Provide wheelchair

### H. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

12/31/20
(Date)

(Form Revised December 2017)

